Case: 4:12-cv-00004-ERW Doc. #: 2 Filed: 01/03/12 Page: 1 of 3 PageID #: 21

RECEIVED

JAN -3 2012

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| ANAKA HUNTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF SALEM, MISSOURI, a municipality and political subdivision of the State of Missouri, | ) No. 4:12-cv- 4 NAB |
| | ) |
| BOARD OF TRUSTEES, SALEM PUBLIC LIBRARY, a body corporate, and | ) |
| | ) |
| GLENDA WOFFORD, individually and in her official capacity as Director of the Salem Public Library; | ) |
| | ) |
| Defendants. | ) |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to E.D.Mo.L.R. 12, I, Daniel Mach of the American Civil Liberties Union Foundation, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing the Plaintiff in this matter. In support of this motion, I submit the following information, as required by E.D.Mo. L.R. 12.01(E).

(a) Full name of the movant-attorney: Daniel Mach;

(b) Address, telephone number, and fax number of the movant-attorney:
915 15th Street, NW, 6th Floor, Washington, DC 20005, (202) 675-2330, (202) 546-0738;

(c) Name of the firm or letterhead under which the movant-attorney practices:
American Civil Liberties Union Foundation

(d) Name of the law school movant attended and the date of graduation therefrom: New York University School of Law, 1996

Page 1 of 2

# 4644025748

(e) Bars, state and federal, of which movant is a member, with dates of admission and registration numbers, if any:
- (1) District of Columbia, 1999, Bar No. 461652
- (2) State of New York, 1998, Bar No. 524890
- (3) U.S. Supreme Court, 2001
- (4) U.S. Court of Appeals for the First Circuit, 2009
- (5) U.S. Court of Appeals for the Second Circuit, 2005
- (6) U.S. Court of Appeals for the Third Circuit, 2003
- (7) U.S. Court of Appeals for the Fourth Circuit, 2003
- (8) U.S. Court of Appeals for the Fifth Circuit, 2008
- (9) U.S. Court of Appeals for the Sixth Circuit, 2001
- (10) U.S. Court of Appeals for the Seventh Circuit, 2009
- (11) U.S. Court of Appeals for the Eighth Circuit, 2006
- (12) U.S. Court of Appeals for the Ninth Circuit, 2004
- (13) U.S. Court of Appeals for the Tenth Circuit, 2006
- (14) U.S. Court of Appeals for the Eleventh Circuit, 2007
- (15) U.S. Court of Appeals of Veterans Claims, 2006
- (16) U.S. Court of Appeals for the D.C. Circuit, 1999
- (17) U.S. District Court for the District of Columbia, 1999
- (18) U.S. District Court for the Northern District of New York, 2005

(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar;

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district, and is not regularly engaged in the practice of law in this district.

Attached to this motion is a certificate of good standing from the District of Columbia Court of Appeals, the jurisdiction where movant resides and is regularly employed as an attorney.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts and respectfully requests that this motion be granted and the movant be admitted pro hac vice to the bar of this court to appear in the instant matter.

_____
Daniel Mach (#461652)
915 15th Street, NW, 6th Floor
Washington, DC 20005
(202) 675-2330 (Phone)
(202) 546-0738 (Fax)



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____DANIEL   MACH_____

was on the    8TH   day of    JANUARY,  1999

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 3, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk